UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ROY WALKER, | ) | CASE NO. CV 06-4587-CJC (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| BEN CURRY, WARDEN, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>June 18, 2009</u>.

                                                 CORMAC J. CARNEY
                                                 UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Kenneth_Walker_Judgment.wpd